UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID BRAASCH, *et al.*,

        Plaintiffs,

    v.

BRIAN LAMB, in his official capacity as chair of the Florida Board of Governors, *et al.*,

        Defendants.

Case No. 4:23-cv-362 (AW) (MAF)

## NOTICE OF RELATED CASE

Pursuant to Local Rule 5.6, Plaintiffs hereby give notice of *NCF Freedom, Inc. v. Diaz*, No. 4:23-cv-360 (MW) (MAF) (N.D. Fla.), a related case pending in this District before Chief Judge Walker. *NCF Freedom* includes similar claims, is brought against many of the same parties by similar parties, and involves issues of law in common with this case. *See* Local Rule 5.6.

Specifically, *NCF Freedom*, like this case, is a constitutional challenge to certain provisions of 2023 Florida Senate Bill 266 ("SB 266"). Among other things, *NCF Freedom* seeks a declaration that SB 266 is unconstitutional and an injunction preventing the enforcement of SB 266 in its entirety against the plaintiffs and all similarly situated parties. *See, e.g.*, *NCF Freedom*, No. 4:23-cv-360, ECF No. 1

("NCF Compl.") ¶¶ 124, 147, 162. Granting such relief in *NCF Freedom* would also grant a substantial portion of the relief sought in this action, where Plaintiffs pray for, among other things, a declaratory judgment that a provision of SB 266, Fla. Stat. § 1001.741(2), is unconstitutional and an injunction against the enforcement of that provision against Plaintiffs, their members, and other public university faculty. ECF No. 1 ("Compl."), at 32–34 (Prayer for Relief).

*NCF Freedom* also includes 14 of the same defendants as this case—each a member of the Florida Board of Governors. NCF Compl. ¶¶ 35–39; Compl. ¶¶ 21–35. The plaintiffs in *NCF Freedom* include three faculty members at a Florida public university, NCF Compl. ¶¶ 23–30, and Plaintiffs here likewise include three faculty members at a Florida public university, Compl. ¶¶ 15–17.

The legal issues raised by *NCF Freedom* and this case further overlap. The complaint in *NCF Freedom* alleges that "SB 266 dramatically scaled back the protections of faculty tenure" and cites Fla. Stat. § 1001.741(2)—the provision challenged here—as support for this allegation. NCF Compl. ¶ 71. Among the injuries the *NCF Freedom* complaint alleges is "self-censor[ship]" by faculty members, *id.* ¶ 74, which is an injury alleged here, as well, Compl. ¶ 82.

Plaintiffs thus respectfully submit that *NCF Freedom* is a related case under this Court's Local Rule 5.6.

| | |
|---|---|
| Dated:  New York, NY<br>　　　　August 16, 2023 | Respectfully submitted,<br><br>SELENDY GAY ELSBERG PLLC<br><br>By:  /s/      *Faith E. Gay* |

| | |
|---|---|
| Kimberly C. Menchion<br>(FBN 425613)<br>Florida Education Association<br>213 South Adams Street<br>Tallahassee, FL 32301<br>Tel: 850-224-7818<br>kimberly.menchion@floridaea.org | Faith E. Gay (FBN 129593)<br>Yelena Konanova*<br>Max H. Siegel*<br>Elizabeth H. Snow*<br>Nancy A. Fairbank*<br>Selendy Gay Elsberg PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Tel: 212-390-9000<br>fgay@selendygay.com<br>lkonanova@selendygay.com<br>msiegel@selendygay.com<br>esnow@selendygay.com<br>nfairbank@selendygay.com |
| Daniel J. McNeil*<br>dmcneil@aft.org<br>American Federation Of Teachers<br>555 New Jersey Avenue, N.W.<br>Washington, D.C. 20001<br>Tel : 202-879-4400 | |
| Philip A. Hostak*<br>National Education Association<br>1201 16th Street N.W.<br>Washington, DC 20036<br>Tel: 202-822-7035<br>phostak@nea.org | Mark H. Richard (FBN 305979)<br>Phillips, Richard & Rind, P.A.<br>9360 S.W. 72nd Street, Suite 283<br>Miami, FL 33173<br>Tel: 305-412-8322<br>mrichard@phillipsrichard.com |
| Martin F. Powell (FBN 70317)<br>Meyer, Blohm and Powell, P.A.<br>403 East Park Avenue<br>Post Office Box 1547 (32302)<br>Tallahassee, FL 32301<br>Tel: 850-878-5212<br>mpowell@meyerblohmlaw.com | *(application for admission *pro hac vice* forthcoming)<br><br>*Attorneys for Plaintiffs* |