## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

DAVID BRAASCH, *et al.*,

               Plaintiffs,

     v.

BRIAN LAMB, in his official capacity
as chair of the Florida Board of
Governors, *et al.*,

               Defendants.

Case No. 4:23-cv-362 (AW) (MAF)

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs David Braasch, Tamara McLaughlin, Lisana Mohamed, United Faculty of Florida–University of South Florida, and United Faculty of Florida hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Brian Lamb, Eric Silagy, Manny Diaz, Jr., Timothy M. Cerio, Aubrey Edge, Patricia Frost, Jackson Hitchcock, Edward Haddock, Ken Jones, Darlene Luccio Jordan, Alan Levine, Charles H. Lydecker, Craig Mateer, Jose Oliva, Amanda J. Phalin, William Weatherford, Michael E. Griffin, Sandra Callahan, Michael Carrere, N. Rogan Donnelly, Cesar Esmeraldi, Oscar Horton, Jenifer Jasinski Scheider, Lauran Monbarren, Shilen Patel, Fredrick Piccolo, and Melissa Seixas.

Dated:  New York, NY
           September 21, 2023

Respectfully submitted,

SELENDY GAY ELSBERG PLLC

By:    /s/          *Faith E. Gay*

Kimberly C. Menchion
(FBN 425613)
Florida Education Association
213 South Adams Street
Tallahassee, FL 32301
Tel: 850-224-7818
kimberly.menchion@floridaea.org

Faith E. Gay (FBN 129593)
Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com

Martin F. Powell (FBN 70317)
Meyer, Blohm and Powell, P.A.
403 East Park Avenue
Post Office Box 1547 (32302)
Tallahassee, FL 32301
Tel: 850-878-5212
mpowell@meyerblohmlaw.com

Mark H. Richard (FBN 305979)
Phillips, Richard & Rind, P.A.
9360 S.W. 72nd Street, Suite 283
Miami, FL 33173
Tel: 305-412-8322
mrichard@phillipsrichard.com

*Attorneys for Plaintiffs*

2