IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID BRAASCH, et al.,**

    **Plaintiffs,**

v.                                                                                       Case No. 4:23-cv-362-AW-MAF

**BRIAN LAMB, in his official capacity as
the chair of the Florida Board of
Governors, et al.,**

    **Defendants.**

_____/

## ORDER CLOSING THE FILE

Plaintiffs have filed a notice of voluntary dismissal without prejudice. ECF No. 11. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) ("It is well established that Rule 41(a)(1)(i) grants a plaintiff an unconditional right to dismiss his complaint by notice and without an order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment."). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on September 22, 2023.

                                            s/ *Allen Winsor*
                                            United States District Judge